John J. Nelson (SBN 317598)
**MILBERG, PLLC**
280 S. Beverly Drive, Penthouse
Beverly Hills, CA 90212
Telephone: (858) 209-6941
Email: jnelson@milberg.com

*Attorney for Plaintiff and the Proposed Class*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIO LOPEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KLA CORPORATION d/b/a KLA INSTRUMENTS - FILMETRICS,<br><br>Defendant. | Case No.: 3:25-cv-09830 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Mario Lopez, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action in its entirety against Defendant KLA Corporation d/b/a KLA Instruments-Filmetrics, without prejudice, with each side to bear its own costs and fees.

DATED: November 21, 2025

Respectfully submitted,

*/s/ John Nelson*
John J. Nelson (SBN 317598)
**MILBERG, PLLC**

280 S. Beverly Drive, Penthouse
Beverly Hills, CA 90212
Telephone: (858) 209-6941
Email: jnelson@milberg.com

*Attorney for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 21, 2025 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ John Nelson*
John J. Nelson